United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-15915-elf
Kevin McDonald                                                 Chapter 13
Kirsten McDonald
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett        Page 1 of 1           Date Rcvd: Sep 20, 2017
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
13193171          +JPMorgan Chase Bank, National Association,   Attn: Correspondence Mail,   Mail Code LA4-5555,
                   700 Kansas Lane,   Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              DENISE A. KUHN   on behalf of Creditor   PA Dept of Revenue dkuhn@attorneygeneral.gov
              EUGENE A. CAMPOSANO   on behalf of Plaintiff Kevin  McDonald camposanolaw@comcast.net
              EUGENE A. CAMPOSANO   on behalf of Debtor Kevin  McDonald camposanolaw@comcast.net
              EUGENE A. CAMPOSANO   on behalf of Joint Debtor Kirsten  McDonald camposanolaw@comcast.net
              EUGENE A. CAMPOSANO   on behalf of Plaintiff Kirsten  McDonald camposanolaw@comcast.net
              JAYNE M WESSELS   on behalf of Creditor   IRS c/o Jayne M. Wessels
               jayne.m.wessels@irscounsel.treas.gov
              JOSHUA ISAAC GOLDMAN   on behalf of   J.P.Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor   JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LESLIE BETH BASKIN   on behalf of Creditor   Federal Realty Investment Trust lbaskin@lawsgr.com,
               kwieder@lawsgr.com
              THOMAS I. PULEO   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-15915-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Kevin McDonald
400 Paper Mill Road
Oreland PA 19075

Kirsten McDonald
400 Paper Mill Road
Oreland PA 19075

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/19/2017.

Name and Address of Alleged Transferor(s):

Name and Address of Transferee:

Claim No. 8: JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/22/17

Tim McGrath
**CLERK OF THE COURT**