# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-15915-ELF

    KEVIN MCDONALD
    KIRSTEN MCDONALD
    400 PAPER MILL ROAD

    ORELAND, PA 19075-

        Debtor

## **CERTIFICATE OF SERVICE**

        **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KEVIN MCDONALD
    KIRSTEN MCDONALD
    400 PAPER MILL ROAD

    ORELAND, PA 19075-

Counsel for debtor(s), by electronic notice only.

    EUGENE A. CAMPOSANO ESQ
    1250 GERMANTOWN PK
    SUITE 205
    PLYMOUTH MEETING, PA 19462-

        /S/ William C. Miller

Date: 9/7/2018          _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee