# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin McDonald fdba K&K Cafe, Inc.<br>      Kristen McDonald<br>                        Debtors | CHAPTER 13 |
| Bayview Loan Servicing, LLC<br>                        Movant<br>     vs.<br>Kevin McDonald fdba K&K Cafe, Inc.<br>Kristen McDonald<br>                        Debtors | NO. 13-15915 ELF |
| William C. Miller Esq.<br>                        Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion of Bayview Loan Servicing, LLC for Relief from the Automatic Stay, which was filed with the Court on or about July 13, 2018 (Document No. 105).

                                              Respectfully submitted,

                                              **/s/ Kevin G. McDonald, Esquire**
                                              Kevin G. McDonald, Esquire
                                              Attorney for Movant
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322

September 21, 2018