United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 13-15915-elf
Kevin McDonald                                                              Chapter 13
Kirsten McDonald
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Randi             Page 1 of 1            Date Rcvd: Mar 18, 2019
                               Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db/jdb        +Kevin McDonald,    Kirsten McDonald,    400 Paper Mill Road,    Oreland, PA 19075-2110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
              DENISE A. KUHN   on behalf of Creditor   PA Dept of Revenue dkuhn@attorneygeneral.gov
              EUGENE A. CAMPOSANO   on behalf of Plaintiff Kirsten  McDonald camposanolaw@comcast.net
              EUGENE A. CAMPOSANO   on behalf of Plaintiff Kevin  McDonald camposanolaw@comcast.net
              EUGENE A. CAMPOSANO   on behalf of Debtor Kevin  McDonald camposanolaw@comcast.net
              EUGENE A. CAMPOSANO   on behalf of Joint Debtor Kirsten  McDonald camposanolaw@comcast.net
              JAYNE M WESSELS   on behalf of Creditor   IRS c/o Jayne M. Wessels
               jayne.m.wessels@irscounsel.treas.gov
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor    JPMorgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN   on behalf of    J.P.Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD   on behalf of Creditor    Bayview Loan Servicing LLC bkgroup@kmllawgroup.com
              LESLIE BETH BASKIN   on behalf of Creditor    Federal Realty Investment Trust lbaskin@lawsgr.com,
               kwieder@lawsgr.com
              THOMAS I. PULEO   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                     TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 13

Kevin McDonald and Kirsten McDonald           : Case No. 13−15915−elf

        Debtor(s)

### ORDER

_____

    AND NOW, this day , March 18, 2019 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court